# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

WWEX FRANCHISE HOLDINGS, LLC
Plaintiff

v.

Civil Action No.

CLINTON SQUADRONI
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Clinton Squadroni

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N.A.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff WWEX Franchise Holdings, LLC
Plaintiff's counsel - Richard Sayles, Dennis Daniels & Lauren Green, Bradley Arant Boult Cummings LLP
Defendant Clinton Squadroni
Defendant's counsel - M. Michelle Hartmann & Nicholas Kennedy, Baker McKenzie, LLP
Interested party - InXpress, LLC

| | |
|---|---|
| Date: | April 17, 2023 |
| Signature: | /s/ Nicholas O. Kennedy |
| Print Name: | Nicholas O. Kennedy |
| Bar Number: | Texas 24087841 |
| Address: | 1900 N. Pearl Street, Suite 1500 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214.978.3000 |
| Fax: | 214.978.3099 |
| E-Mail: | nicholas.kennedy@bakermckenzi |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.